UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| EDGAR PERRY,<br><br>    Plaintiff,<br><br>  vs.<br><br>CASHCALL, INC.; PFSA (PORTUGUESE FRATERNAL SOCIETY OF AMERICA) and FIRST BANK of CALIFORNIA; and the STATE OF CALIFORNIA,<br><br>    Defendants. | CASE NO. 3:13-cv-02369-LB<br>Magistrate Judge Laurel Beeler<br>Courtroom C<br><br>**ORDER ON APPLICATION TO APPEAR BY TELEPHONE AT THE HEARING ON DEFENDANT PORTUGUESE FRATERNAL SOCIETY OF AMERICA'S RULE 12(b) MOTION TO DISMISS; OR RULE 12(e) MOTION FOR A MORE DEFINITE STATEMENT; AND RULE 12(f) MOTION TO STRIKE**<br>December 19, 2013<br>**Hearing:** ~~November 7, 2013~~<br>**Time:**    **9:30 a.m.**<br>**Place:**   **Courtroom C, 15th Floor**<br>            **450 Golden Gate Avenue**<br>            **San Francisco, CA 94102**<br><br>**Amended Complaint Filed: July 29, 2013** |

The Court having considered the Application for an Order to Appear by Telephone and the hearing on Defendant Portuguese Fraternal Society of America's Rule 12(b) Motion to Dismiss; or Rule 12(e) Motion for a More Definite Statement; and Rule 12(f) Motion to Strike and finding that good cause exists, orders as follows:

1.   The Request if GRANTED

Lynch, Gilardi
& Grummer, APC
170 Columbus
Avenue, 5th Floor
San Francisco, CA
94133
Ph (415) 397-2800
Fax (415) 397-0937

1       2.    Counsel for the Portuguese Fraternal Society of America, Bruce E. Weisenberg, may appear by telephone at the hearing on its Motion to Dismiss; Motion for a More Definite Statement, December 19, 2013 at 9:30 a.m. and Motion to Strike scheduled for ~~November 7, 2013~~ at 9:30 a.m. in Courtroom C.

    3.    Counsel for the Portuguese Fraternal Society of America is responsible for arranging the telephone appearance through the Court's independent conference call provider, CourtCall.

October 31, 2013
DATED: ~~October 28, 2013~~

_____
Laural Beeler
United States Magistrate Judge

246798

Lynch, Gilardi
& Grummer, APC
170 Columbus
Avenue, 5th Floor
San Francisco, CA
94133
Ph (415) 397-2800
Fax (415) 397-0937