UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR PERRY, | No. C 13-02369 LB |
| Plaintiff, | |
| v. | **ORDER (1) DENYING PLAINTIFF'S "MOTION TO ADVISE THE STATE OF CALIFORNIA TO ACCEPT/DECLINE A MAGISTRATE JUDGE IN THIS CASE WITHIN 2 WEEKS," (2) DIRECTING THE UNITED STATES MARSHAL TO INFORM THE COURT REGARDING SERVICE, AND (3) CONTINUING THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
| CASHCALL, INC.; UNITED STATES CONSUMER FINANCIAL PROTECTION AGENCY, | |
| Defendants. | |
| _____/ | [Re: ECF No. 59] |

On October 1, 2013, *pro se* plaintiff Edgar Perry filed a document titled, "Motion to Advise the State of California to Accept/Decline a Magistrate Judge in this Case within 2 Weeks." Motion, ECF No. 59.[1] Mr. Perry named the State of California as a defendant to this action in First Amended Complaint, and on August 21, 2013 the court ordered the United States Marshal to serve, without prepayment of fees, a copy of the First Amended Complaint, any amendments or attachments, Mr. Perry's IFP affidavit, and the court's order directing service, on the State of California. FAC, ECF No. 18; 8/21/2013 Order, ECF No. 30. On August 22, 2013, the Clerk of the Court issued the

---

[1] Citations are the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 13-02369 LB
ORDER

summons, Summons, ECF No. 31, and on August 26, 2013, the United States Marshal acknowledged receipt of the summons, Acknowledgment, ECF No. 36, but so far no executed summons demonstrating service on the State of California has been filed, and the State of California has not yet appeared in this action, *see* Docket.  In light of the State of California's non-appearance in this action, it is not appropriate for the court to order it to consent or decline magistrate jurisdiction.  Mr. Perry's motion therefore is **DENIED**.

Still, to clear up the record, and to ensure that all defendants have been served, the court **ORDERS** the United States Marshal to do one of two things by **December 13, 2013**: (1) If the United States Marshal has served the State of California, the United States Marshal shall file an executed summons; (2) If the United States Marshal has not served the State of California, the United States Marshal shall explain why it has not, or cannot, do so.

Finally, in light of the questions about whether the State of California has been served (and the related issue regarding whether it needs to consent to or decline the undersigned's jurisdiction[2]), the court once again must continue the hearing on Defendants' motions to dismiss.  Accordingly, the court **CONTINUES** the hearing on Cashcall's, the Portuguese Fraternal Society of America's, and the First Bank of California's motions to dismiss to from December 19, 2013 to **February 6, 2014 at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: December 9, 2013

_____
LAUREL BEELER
United States Magistrate Judge

---

[2] Unserved defendants are not "parties" for consent purposes. *See Ornelas v. De Frantz*, C 00-1067 JCS, 2000 WL 973684, at *2 n.2 (N.D. Cal. June 29, 2000) (citing *Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995)).