UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| EDGAR PERRY, | No. C 13-02369 LB |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| CASHCALL, INC., et al., | [Re: ECF No. 76] |
| Defendants. | |
| _____/ | |

**INTRODUCTION**

On May 24, 2013, Plaintiff Edgar Perry, who is proceeding pro se, filed a Complaint against CashCall, Inc., and the United States Consumer Financial Protection Agency. *See* ECF No. 1.[1] Then, on July 28, 2013, pursuant to Federal Rule of Civil Procedure 15(a)(1), Perry filed a First Amended Complaint as a matter of course against CashCall, the Portuguese Fraternal Society of America, the First Bank of California, and the State of California. *See* ECF No. 18. All four Defendants have separately filed Motions to Dismiss Perry's First Amended Complaint. *See* CashCall Motion, ECF No. 25; First Bank of California Motion, ECF No. 32; Portuguese Fraternal Society of America Motion, ECF No. 37; State of California Motion, ECF No. 70. These Motions to

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

Dismiss are pending and set for hearing on March 20, 2014.

Now, Plaintiff has filed a one-sentence Motion to File a Second Amended Complaint which states in full, "An[d] now comes the plaintiff and prays the court to file an amended Complaint." *See* ECF No. 76.  The standard for filing an amended complaint under Federal Rule of Civil Procedure 15 states that after a party has amended its pleading once as a matter of course, it "may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).  Plaintiff's motion does not meet the Rule 15(a) standard: it contains no argument or citations in support of it and otherwise fails to demonstrate any reason why justice requires that he be allowed to file a second amended complaint while Defendants' Motions to Dismiss are pending.  At this stage, the court will address the pending Motions to Dismiss first.

Accordingly, Plaintiff's motion is **DENIED**. The Motion to Dismiss hearings will take place as scheduled on March 20, 2014 at 9:30 AM in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Ave, San Francisco 94102.

**IT IS SO ORDERED.**

Dated: February 20, 2014

_____
LAUREL BEELER
United States Magistrate Judge